[D.I. 6]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| NINETEEN77 GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITED, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>TORONTO-DOMINION BANK, et al.,<br><br>   Defendants. | Civil Action No. 1:26-cv-03288 (RMB-AMD)<br><br><br>**ORDER FOR**<br>***PRO HAC VICE* ADMISSION** |

This matter having been opened to the Court by Brown & Connery, LLP, attorneys for Defendants Toronto-Dominion Bank, TD Bank, N.A., TD Bank US Holding Company, TD Group US Holdings LLC, Bharat Masrani, Leo Salom, Kelvin Vi Luan Tran, and Ellen Glaessner (collectively "Defendants"), Susan M. Leming, appearing for an Order, pursuant to Local Civil Rule 101.1(c), allowing Andrew G. Gordon admission *pro hac vice* on behalf of Defendants; Plaintiffs consenting to the admission requested; and the court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 13th day of April 2026, ORDERED that:

1. Andrew G. Gordon of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, with offices located at 1285 Avenue of the Americas, New York, NY 10019, member in good standing of the Bars in which he is admitted, be hereby permitted to appear *pro hac vice* in the action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Defendants shall be signed by a member or associate

7W97817

of the firm of Brown & Connery, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorney admitted hereby; and it is

**FURTHER ORDERED** that Andrew G. Gordon pay $250.00 to the Clerk, United States District Court of New Jersey as required by Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that Andrew G. Gordon shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 in this year and any subsequent year in which he is admitted *pro hac vice* in this matter; and it is

**FURTHER ORDERED** that Andrew G. Gordon shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that Andrew G. Gordon shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

So Ordered,

s/ Ann Marie Donio

_____

Hon. Ann Marie Donio, U.S.M.J.

7W97817